**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CELENA SUE SHELLENBERGER, | : | CIVIL NO.: 1:25-cv-01596 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**
September 28, 2026

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the Commissioner's decision is **AFFIRMED.** The Clerk of Court shall enter judgment in favor of the Commissioner and against the plaintiff and then close this case.

***S/Susan E. Schwab***
Susan E. Schwab
United States Magistrate Judge